No. 92–1670. FERGUSON v. UNION CITY DAILY MESSENGER ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 92–1672. MUSSER v. PASADENA UNIFIED SCHOOL DISTRICT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–1673. ROY v. GRAVEL ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1674. FORTENSKY v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–1675. W. PAT CROW FORGINGS, INC. v. TRANSTECHNOLOGY CORP. C. A. 5th Cir. Certiorari denied.

No. 92–1677. JONES ET AL. v. FIRESTONE TIRE & RUBBER CO., INC. C. A. 11th Cir. Certiorari denied.

No. 92–1680. SORO, DBA CITICORP MORTGAGE CO., INC. v. CITICORP. C. A. 11th Cir. Certiorari denied.

No. 92–1694. SUMLIN v. SEAHAWK MANAGEMENT, INC. C. A. 11th Cir. Certiorari denied.

No. 92–1724. DINOLA v. STEWART ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1729. BOBURKA v. ADCOCK. C. A. 6th Cir. Certiorari denied.

No. 92–1764. POLYAK v. BUFORD EVANS & SONS ET AL.; POLYAK v. BOSTON ET AL.; and IN RE POLYAK. C. A. 6th Cir. Certiorari denied.

No. 92–1768. STREEBING v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–1770. MERRITT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1777. YONG WOO JUNG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.